**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

HAMIS A-A-M ALSHARKI                                                      PLAINTIFF

V.                                      NO: 4:10CV01450 JMM/HDY

BARRON DIXSON *et al.*                                                   DEFENDANTS

<u>**ORDER**</u>

    The Clerk is directed to change the style of the case to reflect the correct names of

Defendants William Ablondi and Nathan Roe, as set forth in their answer (docket entry #11).

    IT IS SO ORDERED this   19   day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE