**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

HAMIS A-A-M ALSHARKI                                                                                    PLAINTIFF

V.                                          NO: 4:10CV01450 JMM/HDY

BARRON DICKSON *et al.*                                                                            DEFENDANTS

## ORDER

Plaintiff filed this complaint (docket entry #2) on October 6, 2010, and service was ordered. On November 24, 2010, the summons was returned unexecuted as to Defendant Barron Dickson.[1] Service had been attempted at the Pulaski County Jail, but was returned unexecuted because Dickson is no longer employed there. However, the Court has obtained Dickson's last known address. Accordingly, service will be attempted at that address.

IT IS THEREFORE ORDERED THAT:

1.    The Clerk is directed to change the style of the case to reflect the correct name of Defendant Barron Dickson.

2.    Barron Dickson's last known addresses shall not be made part of any public record.

3.    The Clerk of the Court shall prepare a summons for Barron Dickson, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Barron Dickson, at the addresses under seal, without prepayment of fees and costs or security therefor.

---

[1] Information the Court has obtained indicates that "Dickson" is the correct spelling of Barron Dickson's last name, even though Plaintiff spelled the name "Dixon."

1

4.	Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this   29   day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE