IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

HAMIS A-A-M ALSHARKI                                                                         PLAINTIFF
REG #25438-009

V.                                      NO: 4:10CV01450 JMM/HDY

BARRON DIXSON *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims against Defendant Barron Dickson are DISMISSED WITHOUT PREJUDICE, and Dickson's name is removed as a party Defendant.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE