**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

HAMIS A-A-M ALSHARKI                                                                                    PLAINTIFF
REG #25438-009

V.                                                    NO: 4:10CV01450 HDY

BARRON DICKSON *et al.*                                                                              DEFENDANTS

## ORDER

For good cause shown, the motion for relief and substitution of counsel for Defendant Nathan Roe (docket entry #39), is GRANTED, and the Clerk is directed to substitute the names of Frederick S. Ursery and Jamie Marie Huffman Jones as counsel of record for Roe.

IT IS SO ORDERED this __27__ day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE