# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

HAMIS A-A-M ALSHARKI                                                                    PLAINTIFF
REG. #25438-009

V.                                          NO: 4:10CV01450 HDY

BARRON DIXSON *et al.*                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this   21   day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE